**Order filed March 3, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00076-CV

_____

## IN THE MATTER OF THE MARRIAGE OF DIANE MARIE APFFEL AND RALPH ALBERT APFFEL, JR.

---

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 13-FD-2081**

---

## O R D E R

The notice of appeal in this case was filed January 19, 2015. No clerk's record was filed, and the clerk notified this court that payment had not been made. In addition, the filing fee of $195.00 has not been paid. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **March 17, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed. In addition, the appeal is subject to dismissal for failure to pay

for the clerk's record. The appeal will be dismissed unless appellant provides proof of payment for the clerk's record by **March 17, 2015.** *See* Tex. R. App. P. 38.3(b).


PER CURIAM